# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLIAM C. MCKEE,

    Plaintiff,

v.                                          Case No:   6:23-cv-1401-LHP

STEEL RIVER SYSTEMS, LLC,

    Defendant

---

## ORDER

This cause comes before the Court on the parties' Agreed Stipulation of Dismissal with Prejudice, signed by counsel for both parties. Doc. No. 23. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE,** and the Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2023.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties